UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JUSTIN RAY,** | 2:25-CV-11778-TGB-APP |
| Plaintiff, | |
| | HON. TERRENCE G. BERG |
| vs. | |
| | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 23)** |
| **VICTORIA JANOWIECKI et al.,** | |
| Defendants. | |

This matter is before the Court on Magistrate Judge Anthony P. Patti's June 19, 2026 Report and Recommendation (ECF No. 23), recommending that Defendant Kimberly Korte's motion for summary judgment (ECF No. 13) and that Defendant Victoria Janowiecki's motion to dismiss (ECF No. 16) be granted.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the

1

report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of June 19, 2026 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of June 19, 2026 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant Kimberly Korte's motion for summary judgment (ECF No. 13) and Defendant Victoria Janowiecki's motion to dismiss (ECF No. 16) are **GRANTED**. Additionally, the Court **ORDERS** that the case be **CLOSED**.

**SO ORDERED.**

Dated: July 10, 2026      s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on July 10, 2026.

s/E. Vradenburg
Case Manager

2